UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASCENCION GOMEZ,

Plaintiff,

v.

GILBERT INFANTE, et al.,

Defendants.

No. 1:25-cv-01325-KES-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 11

Plaintiff Ascencion Gomez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2026, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed for failure to state a claim and without granting further leave to amend. Doc. 11. Plaintiff filed objections on March 23, 2026. Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 18, 2026, Doc. 11, are

adopted in full;

2. This action is dismissed for failure to state a claim, without leave to amend; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE